**No. 11-6011. Cynthia Clanton, Petitioner v. Schlegel Systems, Inc., et al.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 554.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7784.